ELLA CRAM, Respondent, *v.* THE SPRINGER LITHOGRAPHING Co., Appellant.

APPEAL from a judgment entered on a verdict of the jury directed in favor of the plaintiff.

*Boothby & Warren,* for appellant.

*Kellogg, Rose & Smith,* for respondent.

EHRLICH, Ch. J.   The evidence seems to bring the case within the ruling of the court in *Haynes* v. *Aldrich,* 133 N. Y. 287, and justifies the verdict rendered.

There is no evidence warranting a finding that any surrender by the landlord had been accepted.

Hence there was nothing to go to the jury.

We find no error, and the judgment appealed from must be affirmed, with costs.

FITZSIMONS, J., concurs.

Judgment affirmed, with costs.